IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA,
          Plaintiff,

v.                                                           Civil No. 03-4083

QUONYA L. COULTER BRAZIL and
KEVIN BERNARD BRAZIL, her husband;
STATE OF ARKANSAS, DEPARTMENT
OF FINANCE & ADMINISTRATION,
          Defendants.

## ORDER OF DISTRIBUTION

On January 11, 2006, at 11:00 a.m., at the front entrance of the Howard County Courthouse, Nashville, Arkansas, the United States Marshal offered for sale the lands described in the Judgment entered December 1, 2003, in the above-styled case. At such sale, Billy Garrett was the highest and best bidder for the property, and the property was then sold to the said Billy and Patricia Garrett.

On or about January 25, 2006, the United States Marshal received Check No. 4512, in the amount of $33,126.56, from Henry Abstract & Title Company for payment in full for the property. In accordance with the terms of the judgment,

IT IS HEREBY ORDERED that the United States Marshal transfer $32,414.56 to United States Department of Agriculture, Rural Development and $712.00 to the United States Marshals Service.

DATED: March 27, 2006

                                                            /s/Jimm Larry Hendren
                                                            HONORABLE JIMM LARRY HENDREN
                                                            CHIEF, UNITED STATES DISTRICT JUDGE
                                                            WESTERN DISTRICT OF ARKANSAS